UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEUNG LAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>　　　　　　Defendants. | CASE NO. C07-824JLR<br><br>ORDER |

This matter comes before the court on Defendants' motion to remand (Dkt. # 8) and Plaintiff Chi Cheung Lam's motion for summary judgment or hearing in the alternative (Dkt. # 9). On July 2, 2007, the court ordered Defendants to show cause why the court should not grant Mr. Lam's naturalization petition (Dkt. # 5). The court has reviewed the Defendants' brief in response to its order to show cause as well as the briefs filed in support of and in opposition to the parties' motions. For the reasons stated below, the court GRANTS Defendants' motion to remand and STAYS this action pending an expeditious resolution by the United States Citizenship and Immigration Services ("USCIS") of Mr. Lam's naturalization petition. The court DENIES without prejudice Mr. Lam's motion for summary judgment.

The Immigration and Nationality Act grants the district court jurisdiction to compel agency action on a naturalization petition or to make a ruling on the merits "[i]f there is a

ORDER – 1

failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. § 1447(b).  Mr. Lam alleges that he had his citizenship interview on August 6, 2002, and that he passed the English, U.S. history and government tests.  He also alleges that USCIS has failed to issue a decision on his naturalization petition within 120 days of his examination.  Defendants have moved to remand this case to USCIS for adjudication as Mr. Lam's background and security checks are now complete.  Defendants represent that USCIS is prepared to adjudicate Mr. Lam's naturalization application within thirty days of a remand from this court.

Because Defendants have indicated that USCIS is prepared to adjudicate Mr. Lam's application, the court GRANTS Defendants' motion to remand (Dkt. # 8) and STAYS the matter pending a decision on Mr. Lam's naturalization petition.  The court DENIES without prejudice Mr. Lam's motion for summary judgment (Dkt. # 9).  The court REMANDS this case to USCIS with instructions to promptly adjudicate Mr. Lam's naturalization petition within **thirty (30) days** of the date of this order.  If USCIS does not make a decision on the application within the 30-day period, the parties shall submit a joint status report updating the court on the status of Mr. Lam's petition and the source of the delay.

DATED this 5th day of November, 2007.

JAMES L. ROBART
United States District Judge

ORDER – 2